UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREY STEWART,<br><br>          Petitioner,<br><br>    v.<br><br>JEFFREY MACOMBER,<br><br>          Respondent. | Case No. 24-cv-00424-JD<br><br>**ORDER RE DISMISSAL** |

Petitioner, a state prisoner acting pro se, filed a habeas petition. Petitioner was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and petitioner has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the Court. The case is dismissed without prejudice. A certificate of appealability is denied.

**IT IS SO ORDERED.**

Dated: April 3, 2024

_____
JAMES DONATO
United States District Judge